UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO MARTINEZ, et al.,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-01146-CDB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE<br><br>(Doc. 4) |

Plaintiff Eric Valencia is a pretrial detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 26, 2024, Plaintiff filed his complaint. (Doc. 1). Plaintiff paid the $405.00 filing fee on October 2, 2024. On October 7, 2024, Plaintiff filed a form noticing his election to consent or decline to magistrate judge jurisdiction. (Doc. 3).

Pending before the Court is Plaintiff's "Request to Change Decision and Consent to use of a Magistrate Judge," filed December 2, 2024. (Doc. 4). Therein, Plaintiff "requests that this Court allows [him] to change his decision in consenting to the use of a magistrate judge in this case." (*Id.*).

In the Ninth Circuit, "only a district judge may rule on a motion to withdraw consent to the jurisdiction of a magistrate judge under [28 U.S.C.] section 636(c)." *Branch v. Umphenour*, 936 F.3d 994, 1003 (9th Cir. 2019); *see* 28 U.S.C. § 636(4) ("The court may, for good cause shown on

its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter to a magistrate judge under this subsection."); *see also* Fed. R. Civ. P. 73(b)(3) ("On its own for good cause—or when a party shows extraordinary circumstances—the district judge may vacate a referral to a magistrate judge under this rule.").

Accordingly, the Court HEREBY DIRECTS the Clerk of the Court to randomly assign a district judge to this action for purpose of ruling on Plaintiff's pending request (Doc. 4).

IT IS SO ORDERED.

Dated:   **December 4, 2024**

UNITED STATES MAGISTRATE JUDGE