UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO MARTINEZ, et al.,<br><br>    Defendants. | Case No. 1:24-cv-01146-KES-CDB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 7) |

Plaintiff Eric Valencia is a pretrial detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 26, 2024, Plaintiff filed his complaint. (Doc. 1). Plaintiff paid the $405.00 filing fee on October 2, 2024. *See* (Dkt. entry dated 10/02/2024). On October 7, 2024, Plaintiff filed a form noticing his election to consent or decline to Magistrate Judge jurisdiction. (Doc. 3). No other parties have made an appearance.

On December 2, 2024, Plaintiff filed a "Request to Change Decision and Consent to use of a Magistrate Judge," which the Court construed as a motion to withdraw his consent to the jurisdiction of a Magistrate Judge. (Doc. 4). Therein, Plaintiff "requests that this Court allows [him] to change his decision in consenting to the use of a magistrate judge in this case." (*Id.*).

On December 4, 2024, the Court acknowledged the pending motion and directed the Clerk of the Court to randomly assign a district judge to this action for purpose of ruling on Plaintiff's

motion. (Doc. 5). The Honorable District Judge Kirk E. Sheriff has been assigned to the case and the new case number is 1:24-cv-01146-KES-CDB (PC). (Doc. 6).

On December 9, 2024, the Court entered findings and recommendations, recommending the grant of Plaintiff's construed motion to withdraw consent to the jurisdiction of a Magistrate Judge. (Doc. 7). The recommendation was based on governing authority and the fact that no other party has appeared in the case or consented to the jurisdiction of a Magistrate Judge before Plaintiff filed his motion to withdraw consent. (*Id.* at 4); *see Gilmore v. Lockard*, 936 F.3d 857, 863 (9th Cir. 2019). The Court advised that Plaintiff could file objections to the findings and recommendations within 14 days. (*Id.* at 5).

On December 17, 2024, Plaintiff filed a notice of clarification on the matter of his consent or decline to Magistrate Judge jurisdiction. (Doc. 8). Therein, Plaintiff clarifies that he mistakenly believes he "declined consent to magistrate judge [jurisdiction] originally." (*Id.*). Plaintiff represents that on this belief, "[f]or judicial efficiency, Plaintiff submitted a motion to consent to a magistrate judge, therefore changing from the declining Plaintiff was under the impression Plaintiff originally made." (*Id.*); (*see* Doc. 4). Plaintiff "simply wishes to accept/consent to use of magistrate judge [jurisdiction] for judicial efficiency." (*Id.*).

In light of Plaintiff's most recent filing in which he clarifies he wishes to continue to consent as indicated from the initial form he filed on October 7, 2024 (Doc. 3), the Court will vacate the findings and recommendations (Doc. 7).

No further action is required by Plaintiff and his complaint will be screened by the Court in due course.

*Remainder of This Page Intentionally Left Blank*

## I.   CONCLUSION AND ORDER

Based on the foregoing, it is HEREBY ORDERED that the Court's findings and recommendations issued on December 9, 2024 (Doc. 7) are VACATED.

IT IS SO ORDERED.

Dated:   **December 18, 2024**

UNITED STATES MAGISTRATE JUDGE