UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC VALENCIA,

Plaintiff,

v.

MARCO MARTINEZ, *et al.*,

Defendants.

Case No.: 1:24-cv-01146-CDB (PC)

ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS

**45-DAY DEADLINE**

Plaintiff Eric Valencia ("Plaintiff") formerly was a pretrial detainee and proceeds pro se in this civil rights action brought under 42 U.S.C. § 1983. Following screening, the Court adopted findings and recommendations and dismissed certain claims and Defendants. (Doc. 14). Accordingly this action proceeds on the following claims in Plaintiff's complaint, filed on September 26, 2024 (Doc. 1): (1) excessive force under the Fourteenth Amendment against Defendants Marco Martinez, Ryan Vasquez, and John Does 1-3; (2) retaliation under the First Amendment against Defendants Martinez, Vasquez, Christopher Anaya, and John Does 1-3; (3) unreasonable search and seizure under the Fourth Amendment against Defendants Martinez and Vasquez; and (4) denial of medical care under the Fourteenth Amendment against Defendant Eva Ontiveros. On July 6, 2026, Defendants Martinez, Anaya, and Vasquez filed an answer to the complaint. (Doc. 20). Although Defendant Ontiveros has been served (Doc. 19), she has not appeared in the action or filed a responsive pleading.

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

The Court, therefore, STAYS this action for 120 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

**Conclusion and Order**

For the foregoing reasons, the Court HEREBY ORDERS:

1. This action is **STAYED for 120 days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.
2. **Within 45 days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference on their belief that settlement is not achievable at this time.
3. **Within 60 days** from the date of this order, the assigned Deputy Attorney General Shall contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.
4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.
5. The Clerk of the Court SHALL serve via email copies of Plaintiff's complaint (Doc. 1), the Court's screening order (Doc. 11), the February 25, 2026, findings and recommendations to dismiss certain claims and Defendants following screening (Doc.

13), the March 25, 2026, order adopting findings and recommendations and dismissing certain claims and Defendants following screening (Doc. 14), and this order to Supervising Deputy Attorney General Lawrence Bragg, and a copy of this Order to ADR Coordinator Sujean Park.

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated: **July 27, 2026**

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA,<br>Plaintiff,<br>v.<br>MARCO MARTINEZ, *et al.*,<br>Defendants. | Case No. 1:24-cv-01146-KES-CDB (PC)<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

   Yes ____ No ____

2. Plaintiff (check one):

   _____ would like to participate in the settlement conference in person.

   _____ would like to participate in the settlement conference by telephone or video conference.

Dated:

______________________________
Signature
Plaintiff or Counsel for Defendants